UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
SARONDA THOMAS,

              Plaintiff,

    -vs-

SECURITAS SECURITY SERVICES, USA, INC.,

              Defendant.
-------------------------------------------------------------------X

: 16 Civ. 8712 (LTS)

: STIPULATION OF DISMISSAL

    IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys for all parties, that this action be and hereby is dismissed pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) with prejudice and without costs to any party.

Dated: New York, New York
       October 24, 2017

THE HOWLEY LAW FIRM P.C.

By: _____
    John Howley [JH9764]
*Attorneys for Plaintiff*
350 Fifth Avenue, 59th Floor
New York, New York 10118
(212) 601-2728

KLUGER HEALEY, LLC

By: _____
    David A. Ward [DW 7669]
*Attorneys for Defendant*
106 Apple Street, Suite 302
Tinton Falls, New Jersey 07724
(973) 307-0800

SO ORDERED

_____
U.S.D.J.